

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2015

No. 04-15-00232-CR

David Diaz **DIAZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3519
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due September 18, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2015.

Keith E. Hottle
Clerk of